97 A.3d 732

**Mr. Kerium Allen GARRICK, Sr., # 853734—CFCF, Petitioner**

v.

**Michele FARRELL, Warden—Curran Fromhold Correctional Facility (CFCF) 7901 State Rd., Phila., PA 19136 & John Delaney–Detention Center D.C. Warden—8201 State Road, Respondents.**

**No. 72 EM 2014.**

Supreme Court of Pennsylvania.

Aug. 7, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of August, 2014, the Application for Leave to File Original Process and the Petition for Writ of Habeas Corpus, and the Application for an Immediate Hearing are **DISMISSED.** *Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation not permitted). The Prothonotary is directed to forward these filings to counsel of record.